## STATE OF CONNECTICUT *v.* WILLIAM P. MORRISSETTE, JR.

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 743 (AC 28709), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*Michael L. Regan,* state's attorney, in opposition.

Decided April 2, 2008

## STATE OF CONNECTICUT *v.* KEITH SCHECK

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 81 (AC 27595), is denied.

*Jodi Zils Gagne,* special public defender, in support of the petition.

*Bruce R. Lockwood,* assistant state's attorney, in opposition.

Decided April 2, 2008

## TOWN OF REDDING *v.* ELFIRE, LLC, ET AL.

The defendant's petition for certification for appeal from the Appellate Court (AC 29282) is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Brian L. Lambeck,* in support of the petition.

*Adam J. Cohen,* in opposition.

Decided April 2, 2008